**EXHIBIT 2**



Port: Stockton, USA

Date: 25, Jun, 2021

To: Transmarine Stockton
Cc: Lauritzen Bulkers A/S
Cc: Platina Bulk Carriers PTE. Ltd
Cc: Intermarine Shipping
Cc: Greathorse International Shipping Management Co.Ltd
Fm: Master of M.V Tiger Hebei

## NOTICE OF READINESS

Dear sirs,

This is to inform you that M.V TIGER HEBEI under my command drifting at SFPS off shore at 1912LT/25-Jun-2021(0212UTC/26-Jun-2021). and at the same time she is in all respects ready to commence discharging her about 27500 mt bagged flyash.

Whether in berth or not, whether in port or not, whether free pratique or not, whether custom clearance or not, NOR tendered on arrival in accordance with terms, conditions and exemptions of the governing charter party or fixture.

Please consider present as official notice of readiness and notify all parties concerned accordingly, and always without prejudice to any previous tendered notice(s).

Truly yours,

TRANSMARINE
NAVIGATION
CORPORATION
AS AGENTS ONLY
FOR RECEIPT ONLY

M.V "TIGER HEBEI"
Capt. Liu Jianfeng

Master of M.V Tiger Hebei
Master

RECEIVED 06/29/21 @ 1130 HooM
MATTHEW G. GODDIE
TRANSMARINE.

N.O.R tendered at   1912LT/25-Jun-2021.(0212UTC/26-Jun-2021)

N.O.R   accepted at                        hours on the