# EXHIBIT 3



**TRANSMARINE NAVIGATION CORPORATION**
2321 WEST WASHINGTON STREET, SUITE K
STOCKTON, CA 95203
Telephone: (209) 465-9599 (24 Hrs) / Fax: (209) 932-0665
E-mail: stockton@transmarine.com

## Statement of Facts
(Page 1 of 3)

| | | | |
|---|---|---|---|
| **Vessel:** M/V TIGER HEBEI | **Voyage No:** 202101 | **Operation:** DISCHARGING |
| **Port:** STOCKTON, CA | **Berth:** 10/11 | **Cargo:** BAGGED FLY ASH |

**25 June 2021, Friday**
1818  End of sea passage (EOSP)

Arrival Draft | FWD: 9.44 m / AFT: 10.03 m FW
ROB | FO: 633.926 MT | MGO: 136.423 MT | FW: 160 MT

1912  Arrived, commenced drifting offshore
      Queued for anchorage availability or next inward transit window
1912  Notice of Readiness (NOR) tendered

**26 June 2021, Saturday**
0001-2359  Vessel drifting offshore awaiting anchorage or next inward transit window

**27 June 2021, Sunday**
0001-2359  Vessel drifting offshore awaiting anchorage or next inward transit window

**28 June 2021, Monday**
0001-2359  Vessel drifting offshore awaiting anchorage or next inward transit window
1400  M/V Atalanti.GR departed Port of Stockton 10/11

**29 June 2021, Tuesday**
0042  Pilot onboard
0042  NOR re-tendered
0142  Pilot exchange
0842  Tugs "Belinda Brusco" & "Cleo Brusco" made fast
1018  First line ashore
1048  All fast, portside to, Port of Stockton Berth 10/11

**29 June 2021, Tuesday cont.**
1048  Finished with engine (FWE), tugs cast off
1054  Gangway done, Pilot away
1057  Agent on board, commenced inward formalities
1210  Completed inward formalities, Agent away
1210  Vessel idle awaiting night shift start
1815  Agent on board
1825  Agriculture & CBP on board for immigration & AGM
1953  Agent, Agriculture & CBP away

1800  Start of first shift, 1 x gang scheduled
1800-1806  Hatch No. 2 gang safety speech
1806-1818  Uncradle cranes
1818-1830  Uncover Hatch No .2
1830-1848  Rig bridle
1848-2148  Discharge bagged fly ash
1850  First bagged fly ash discharged to shore
2148-2200  Stevedore washup
2200-2300  Meal Hour
2300-0236  Discharge bagged fly ash

**30 June 2021, Wednesday**
0236-0242  Remove Bridle
0242-0300  Stevedore washup time
0300  End of first shift

Production Hatch No. 2: 590 Bags / 831.9 MT; Lost time: 1.4 hours

_[signature]_ | Not Available | M.V "TIGER HEBEI" _[signature]_ Master
**Transmarine Navigation Corporation** | **Terminal Representative** | **Master of M/V "Tiger Hebei"**
As Agents Only

_For Receipt only_



# TRANSMARINE NAVIGATION CORPORATION
2321 WEST WASHINGTON STREET, SUITE K
STOCKTON, CA 95203
Telephone: (209) 465-9599 (24 Hrs) / Fax: (209) 932-0665
E-mail: stockton@transmarine.com

## Statement of Facts
(Page 2 of 3)

| Vessel: | M/V TIGER HEBEI | Voyage No: | 202101 | Operation: | DISCHARGING |
|---|---|---|---|---|---|
| Port: | STOCKTON, CA | Berth: | 10/11 | Cargo: | BAGGED FLY ASH |

### 30 June 2021, Wednesday cont.
0300-0800  Vessel idle, no labor ordered, no work performed
0800-1700  Vessel idle, 1 x gang ordered but unable to be filled by ILWU due to labor shortage
0830  Agent and USCG on board for port state control exam
1430  USCG away
1800  Vessel idle, 2 x gangs ordered but 1 x gang unable to be filled by ILWU due to labor shortage
1800  Start of 2nd shift
2030  End of 2nd Shift, Gang sold due to health & safety

Production Hatch No. 2: 0 Bags / 0 MT; Lost time: 8.0 hours

### 1 July 2021, Thursday
0001-0800  Vessel idle, no labor ordered, no work performed
0800-1700  Vessel idle, no labor ordered, no work performed
1800-0300  Vessel idle, no labor ordered, no work performed

### 02 July 2021, Friday
0001-0800  Vessel idle, no labor ordered, no work performed
0800-1700  Vessel idle, no labor ordered, no work performed
1800-0300  Vessel idle, 2 x gangs ordered but unable to be filled by ILWU due to labor shortage

### 03 July 2021, Saturday
0300-0800  Vessel idle, no labor ordered, no work performed
0800-1700  Vessel idle, no labor ordered, no work performed
1800-0300  Vessel idle, no labor ordered, no work performed

### 04 July 2021, Sunday | HOLIDAY - INDEPENDENCE DAY
0300-0800  Vessel idle, no labor ordered, no work performed
0800-1700  Vessel idle, no labor ordered, no work performed
1800-0300  Vessel idle, no labor ordered, no work performed

### 05 July 2021, Monday | HOLIDAY - ILWU BLOODY THURSDAY
0300-2359  Vessel idle, no labor available

### 06 July 2021, Tuesday – 14 July 2021, Wednesday
0300-0800  Vessel idle, no labor ordered, no work performed
0800-1700  Vessel idle, no labor ordered, no work performed
1800-0300  Vessel idle, no labor ordered, no work performed

### 15 July 2021, Thursday – 18 July 2021, Sunday
0001-2359  Vessel idle, no labor ordered, no work performed

### 19 July 2021, Monday
0001-2359  Vessel idle, no labor to be ordered, no work to be performed
1600  Vessel to linehaul forward 120 feet on Berth 10/11

### 20 July 2021, Tuesday
0001-2359  Vessel idle, no labor to be ordered, no work to be performed
0747  Letter of Protest issued by Master of M/V Tiger Hebei

### 21 July 2021, Wednesday
0001-2359  Vessel idle, no labor to be ordered, no work to be performed

---

| _Matthew G. Goodell_ | Not Available | _[signature]_ M.V "TIGER HEBEI" |
|---|---|---|
| Transmarine Navigation Corporation As Agents Only | Terminal Representative | Master of M/V "Tiger Hebei" |

_For Receipt only._



**TRANSMARINE NAVIGATION CORPORATION**
2321 WEST WASHINGTON STREET, SUITE K
STOCKTON, CA 95203
Telephone: (209) 465-9599 (24 Hrs) / Fax: (209) 932-0665
E-mail: stockton@transmarine.com

## Statement of Facts
(Page 3 of 3)

| | | | | | |
|---|---|---|---|---|---|
| **Vessel:** | M/V TIGER HEBEI | **Voyage No:** | 202101 | **Operation:** | DISCHARGING |
| **Port:** | STOCKTON, CA | **Berth:** | 10/11 | **Cargo:** | BAGGED FLY ASH |

### 22 July 2021, Thursday
0001-2359  Vessel idle, no labor to be ordered, no work to be performed
1341  Notice to vacate berth advised by Port of Stockton, same passed to all parties on following update

### 23 July 2021, Friday
0001-2359  Vessel idle, no labor to be ordered, no work to be performed
1830-1915  Agent on board

### 24 July 2021, Saturday
0001-2359  Vessel idle, no labor ordered, no work performed
1120  Boral Resources LLC & its insurers approve vessel to vacate Berth 10/11
1218  J. Lauritzen A/S approve vessel to vacate Berth 10/11

### 25 July 2021, Sunday
0001-1700  Vessel idle at berth
1545  Agent on board for outward formalities
1615  Agent away
_____  Pilot on board
_____  Tugs "Belinda Brusco" & "Cleo Brusco" made fast
_____  Last line away, Port of Stockton Berth 10/11

Departure Draft | FWD: 8.54 m / AFT: 10.22 m FW
ROB | FO: 633.926 MT | MGO: 143.858 MT | FW: 275 MT

_____  Tugs cast off
_____  Pilot exchange, New York Point

### 26 July 2021, Monday
_____  Pilot away
_____  Commenced drifting awaiting next orders

Departure Draft | FO: 8.54 m / AFT: 10.22 m FW
ROB | FO: 633.926 MT | MGO: _____ MT | FW: _____ MT

_____
Transmarine Navigation Corporation
As Agents Only

_____
Not Available
Terminal Representative

_____
Master of M/V "Tiger Hebei"

M.V "TIGER HEBEI"

For Receipt only.