# EXHIBIT 4

| | |
|---|---|
| **From:** | jlsgo |
| **Sent:** | 13 July 2021 15:24 |
| **To:** | Jay Jaywant Private |
| **Cc:** | chartering@lauritzenbulkers.us; pkb@j-l.com; BRS Bulkops Americas |
| **Subject:** | Re: Tiger Hebei- Boral |

Dear Jay,

We write further to our previous exchanges.  For good order, it is denied there is any issue with the stow of the cargo.  As per our previous messages, the issue has arisen as a direct result of the packing materials and the inherent nature of the cargo.  Any delays, damages and consequential expenses are therefore for charterers' account.

It appears charterers frequently transport fly ash and similar products.  As such, charterers ought to be aware of the issues that may be encountered in relation to cargo operations- and how these issues can be addressed.

Please advise the steps charterers are taking to arrange cargo discharge and to allay any concerns raised by the union.  We should be grateful to see copies of exchanges between the union and charterers in this regard.

We look forward to hearing from you.  In the meantime, Owner's rights remain fully reserved.

Best regards,
For J. Lauritzen A/S Singapore Branch

Soazig Goardon
Operations Manager

Direct: +65 6681 7983
Mobile: +65 8127 5324
E-mail: operation@lauritzenbulkers.com.sg

www.lauritzenbulkers.com


**From:** Jay Jaywant Private <Jay.Jaywant.p@brsbrokers.com>
**Sent:** 13/7/2021 7:25:54 AM
**To:** operation@lauritzenbulkers.com.sg <operation@lauritzenbulkers.com.sg>
**Cc:** chartering@lauritzenbulkers.us <chartering@lauritzenbulkers.us>,pkb@j-l.com <pkb@j-l.com>,BRS Bulkops Americas <bulkopsAmericas@brsbrokers.com>
**Subject:** Tiger Hebei- Boral

Hi Soazig,

Flwng recvd from owners

1

We are waiting for the stevedores (SSA) to get back from their meeting with the labor. They are working on an operating plan to unload the vessel in Stockton. Our insurance company, Marsh, is on notice and is aware of the urgency of the situation.

With respect to our question about the communications between the Master and Stevedores at the loading port, we want to ensure that the Master ensured that cargo was loaded to the Masters satisfaction as per our C/P.

This is the official msg that had been recvd from SSA on 7th July, 2021.

Qte

Our team sat down today with all 3 unions.  After exhausting all of our options, the union is deferring to discharge this cargo because of the following safety concerns.
- Unstable stow
- Labor walking on top of hatch could cause the pile to collapse causing bodily injury
- Integrity of the bags
- Bags were tearing as we hoisted them out of the hatch with our stevedore bridle, and bags were tearing as we lifted them with our forklift attachments on the dock

In closing, we discharged an estimated 590 bags on the initial shift. Due to the above safety concerns mentioned, this resulted in 100 damaged bags (leaks, tearing, and broken straps) from the most accessible spot in the hatch causing additional safety concerns with bulk fly ash being exposed throughout the hatch and dock.

Unqte

SSA  continues to explore options and speak with ILWU.

Chrtrs maintain their position and reserve their rights as per c/p and hold the owners responsible for all time lost and expenses incurred due to the negligence of the master.

B.Regds
Jay

---

**From:** J. Lauritzen Singapore Pte. Ltd. - Operations <operation@lauritzenbulkers.com.sg>
**Sent:** Monday, July 12, 2021 6:50 AM
**To:** Jay Jaywant Private <Jay.Jaywant.p@brsbrokers.com>
**Cc:** chartering@lauritzenbulkers.us; pkb@j-l.com
**Subject:** Fw: Re: Tiger Hebei- Boral

Dear Jay / Soazig

Good day,

2

Ref to the continued delays at Stockton, can Charterers please provide an update and advise if there are any progress for the resolution of this matter?

Can Charterers please provide the written explanation from ILWU or SSA about why stevedores stopped the discharging operations?

We note Charterers are asking for the communications between Master and Stevedores at the loading port. Can Charterers kindly clarify for what these communications are needed for?

Owners' rights remain fully reserved.

Best regards,
For J. Lauritzen A/S Singapore Branch

Soazig Goardon
Operations Manager

Direct: +65 6681 7983
Mobile: +65 8127 5324
E-mail: operation@lauritzenbulkers.com.sg

www.lauritzenbulkers.com