# EXHIBIT 5

13 bag's ?

| Bag # | Weight | Tons | Big Bag | Standard Bag | Picture Y/N | |
|---|---|---|---|---|---|---|
| 1 | 3925 | 0 | Y | | Y | |
| 2 | 4044 | 0 | Y | | N | |
| 3 | 4246 | 0 | | | | |
| 4 | 4380 | 0 | Y | | N | |
| 5 | 3850 | 0 | Y | | N | |
| 6 | 2463 | 0 | | Y | N | |
| 7 | 2212 | 0 | | Y | N | |
| 8 | 3886 | 0 | Y | | N | |
| 9 | 4055 | 0 | Y | | N | |
| 10 | 4306 | 0 | Y | | N | – Take pic |
| 11 | 3963 | 0 | Y | | N | |
| 12 | 4295 | 0 | Y | | N | |
| 13 | | 0 | | | | |
| 14 | | 0 | | | | |
| 15 | | 0 | | | | |
| 16 | | 0 | | | | |
| 17 | | 0 | | | | |
| 18 | | 0 | | | | |
| 19 | | 0 | | | | |
| 20 | | 0 | | | | – Take pic / Take sample |
| 21 | | 0 | | | | |
| 22 | | 0 | | | | |
| 23 | | 0 | | | | |
| 24 | | 0 | | | | |
| 25 | | 0 | | | | |
| 26 | | 0 | | | | |
| 27 | | 0 | | | | |
| 28 | | 0 | | | | |
| 29 | | 0 | | | | |
| 30 | | 0 | | | | – Take pic |
| 31 | | 0 | | | | |
| 32 | | 0 | | | | |
| 33 | | 0 | | | | |
| 34 | | 0 | | | | |
| 35 | | 0 | | | | |
| 36 | | 0 | | | | |
| 37 | | 0 | | | | |
| 38 | | 0 | | | | |
| 39 | | 0 | | | | |
| 40 | | 0 | | | | – Take pic / Take sample |
| 41 | | 0 | | | | |
| 42 | | 0 | | | | |

Table title: India Bag Weights