**EXHIBIT 6**

Case 4:22-cv-03235   Document 1-8   Filed on 09/21/22 in TXSD   Page 1 of 3

# Laytime Calculations

| | |
|---|---|
| Vessel: **TIGER HEBEI** | C/P Date: **29-01-2021** |
| DWT: **63.483,50** | By: **Evon Soh** |
| Voyage: **202101** | Charterer: **BORAL** |
| Fixture: **20210189** | Charterer Contact: |
| Terms: **SHINC - SUN. & HOLIDAYS INCL.** | Calculating: **Reversible** |
| Report Date (GMT): **06-10-2021 02:14** | |

## DISCHARGING at STOCKTON

| | |
|---|---|
| Cargo: **FLYASH** | DISCHARGING Rate: **5.000,00 (MT/Day)** |
| Quantity: **831,900 MT** | Demurrage Rate: **12.000,00 (USD/Day)** |
| Terms: **SHINC - SUN. & HOLIDAYS INCL.** | Despatch Rate: **6.000,00 (USD/Day)** |

### Activities

| | | | |
|---|---|---|---|
| FR | 25-06-2021 | 18:18 | END OF SEA PASSAGE (ESP) |
| FR | 25-06-2021 | 19:12 | NOR TENDERED |
| SU | 27-06-2021 | 08:00 | LAYTIME COMMENCED |
| TU | 29-06-2021 | 00:42 | DEPARTED ANCHORAGE |
| TU | 29-06-2021 | 10:48 | ALL FAST |
| TU | 29-06-2021 | 18:48 | OPERATION COMMENCED |
| WE | 30-06-2021 | 03:00 | LAYTIME COMPLETED |
| SU | 25-07-2021 | 16:42 | OPERATION COMPLETED |
| MO | 26-07-2021 | 02:30 | DROPPING LAST OUTBOUND SEAPILOT |

| Deductions | | | | | | |
|---|---|---|---|---|---|---|
| Day | Start Time | End Time | Description/Remarks | Duration | % | Time Used |
| MO | 28-06-2021 14:00 | 29-06-2021 00:42 | WAITING FOR NEXT INWARD TRANSIT WINDOW | 00d10:42 | 100.00 | 00d10:42 |
| TU | 29-06-2021 00:42 | 29-06-2021 10:48 | SHIFTING | 00d10:06 | 100.00 | 00d10:06 |
| TU | 29-06-2021 10:57 | 29-06-2021 12:10 | INWARD FORMALITIES | 00d01:13 | 100.00 | 00d01:13 |
| TU | 29-06-2021 18:06 | 29-06-2021 18:30 | PREPARING VSL TO DISCH | 00d00:24 | 100.00 | 00d00:24 |

Grace Time: **00d00:00**   (0,00000000 days)

Time Used: **02d19:00**   (2,79166667 days)

Time Deducted: **00d22:25**   (0,93402778 days)

Balance: **03d15:25**   (3,64236111 days)

## DISCHARGING at MAZATLAN

| | |
|---|---|
| Cargo: **FLYASH** | DISCHARGING Rate: **5.000,00 (MT/Day)** |
| Quantity: **26.668,100 MT** | Demurrage Rate: **12.000,00 (USD/Day)** |
| Terms: **SHINC - SUN. & HOLIDAYS INCL.** | Despatch Rate: **6.000,00 (USD/Day)** |

### Activities

| | | | |
|---|---|---|---|
| SU | 15-08-2021 | 14:18 | END OF SEA PASSAGE (ESP) |
| SU | 15-08-2021 | 15:54 | LAYTIME COMMENCED |
| SU | 15-08-2021 | 15:54 | NOR TENDERED |
| SU | 15-08-2021 | 15:54 | ANCHORED / REASON: |
| WE | 18-08-2021 | 13:00 | DEPARTED ANCHORAGE |
| WE | 18-08-2021 | 14:30 | ALL FAST / BERTH: |
| WE | 18-08-2021 | 17:20 | OPERATION COMMENCED |
| TH | 19-08-2021 | 09:39 | DEMURRAGE START |
| SA | 04-09-2021 | 20:10 | LAYTIME COMPLETED |
| SA | 04-09-2021 | 20:10 | OPERATION COMPLETED |

SA      04-09-2021      23:36      DROPPING LAST OUTBOUND SEAPILOT

| *Deductions* | | | | | | |
|---|---|---|---|---|---|---|
| Day | Start Time | End Time | Description/Remarks | Duration | % | Time Used |
| WE | 18-08-2021 13:00 | 18-08-2021 14:30 | SHIFTING | 00d01:30 | 100.00 | 00d01:30 |
| WE | 18-08-2021 15:20 | 18-08-2021 16:00 | CLEARING CUSTOMS/FREE PRATIQUE | 00d00:40 | 100.00 | 00d00:40 |
| WE | 18-08-2021 16:00 | 18-08-2021 16:10 | OPENED HATCHES | 00d00:10 | 100.00 | 00d00:10 |

Grace Time: 00d00:00   (0,00000000 days)

Time Used: 20d04:16   (20,17777778 days)

Time Deducted: 00d02:20   (0,09722222 days)

Balance: -16d10:31   (-16,43819444 days)

*Summary*

Total Time Allowed: 132.00

Total Time Used: 526.52

Balance: -394.52

Demurrage Due: 197.258,33 (USD)