**EXHIBIT 7**

## STATEMENT OF FACTS / ESTADO DE HECHOS

| 1. Agents / Agentes | 2. Vessel's name / Nombre del buque | 3. Vessel's Flag / Bandera del Buque |
|---|---|---|
| REPRESENTACIONES MARITIMAS S.A. DE C.V. | M/V TIGER HEBEI | HONG KONG |

| 4. Port / Puerto | 5. Owners / Disponent Owner : | |
|---|---|---|
| MAZATLAN, SINALOA, MEXICO | | |

| 6. - Cargo Origin | 7. Voyage No. / Viaje No. | 8. Vessel berthed / Buque atracado |
|---|---|---|
| | 202101 | August 19/2021 |

| 9. Cargo / Carga | 10. Loading operations commenced at | 11. Loading operations completed |
|---|---|---|
| DRY ASHES | | |

| 12. Discharging operations commenced at | 13. - Discharging operations completed |
|---|---|
| August 19/2021 18:06 hrs | September 03/2021 15:09 hrs |

| 14. Notice of Readiness Tendered / Aviso de Listo Extendido | 15. Notice of Readiness Accepted / Aviso de Listo Aceptado |
|---|---|
| August 15/2021 | August 19/2021 15:20 hrs |

16. Charter Party

### DETAILS OF DAILY WORKING

| DATE | DAY | HOURS FROM | HOURS TO | | FACTS |
|---|---|---|---|---|---|
| August 15/2021 Sunday | | | 14:18 | Hrs | EOSP |
| | | | 15:54 | Hrs | NOR Tendered |
| | | | 15:54 | Hrs | Vessel dropped anchor at Mazatlán anchorage |
| | | 15:54 | 24:00 | Hrs | Vessel anchored awaiting for berthing to discharge scheduled cargo |
| August 16/202 Monday | | 00:00 | 24:00 | Hrs | Vessel anchored awaiting for berthing to dishcarge scheduled cargo |
| August 17/2021 Tuesday | | 00:00 | 24:00 | Hrs | Vessel anchored awaiting for berthing to discharge scheduled cargo |
| August 18/2021 Wednesday | | 00:00 | 13:00 | Hrs | Vessel anchored awaiting for berthing to discharge scheduled cargo |
| | | | 13:00 | Hrs | Anchor up |
| | | | 13:24 | Hrs | POB |
| | | | 13:36 | Hrs | Passing breakwaters inbound |
| | | 13:30 | 14:25 | Hrs | Tugs assistance |
| | | | 14:06 | Hrs | First line ashore |
| | | | 14:30 | Hrs | All fasted |
| | | | 15:12 | Hrs | Gangway down |
| | | | 15:20 | Hrs | Authorities on board |
| | | 15:20 | 15:00 | Hrs | Immigration inspection |
| | | | 15:25 | Hrs | Free practique granted |
| | | 16:00 | 16:10 | Hrs | Opening hatches |
| | | 16:00 | 16:30 | Hrs | Safety meeting |
| | | | 17:20 | Hrs | Stevedores on board |
| | | 17:20 | 17:57 | Hrs | **Commenced discharging operations in hold 1** |
| | | 17:57 | 18:06 | Hrs | Discharging hold 1 |
| | | | 18:06 | Hrs | **Commenced discharging operations in hold 3** |
| | | 18:06 | 19:46 | Hrs | Discharging holds 1 & 3 |
| | | | 19:46 | Hrs | Discharging operations stopped due lack of light, proceding to prepare lamps |
| | | 16:46 | 20:50 | Hrs | Preparing lamps |
| | | | 20:50 | Hrs | Resumed dischariging operations in holds 1 & 3 |
| | | 20:50 | 23:30 | Hrs | Discharging |
| | | | 23:30 | Hrs | Discharging operations stopped, end of shift |
| | | 23:30 | 24:00 | Hrs | No discharging operations stopped, due shift change |
| August 19/2021 Thursday | | 00:00 | 00:30 | Hrs | Safety meeting |
| | | | 00:30 | Hrs | Stevedores on board |
| | | 00:30 | 01:10 | Hrs | Preparing maneuver |
| | | | 01:10 | Hrs | Resumed dischariging operations in holds 1 & 3 |
| | | 01:10 | 07:30 | Hrs | Discharging holds 1 & 3 |
| | | | 07:30 | Hrs | Discharging operations stopped, end of shift |
| | | 07:30 | 08:00 | Hrs | No discharging operations performance due shift change |

| Date | Start | End | Unit | Activity |
|---|---|---|---|---|
| | | 08:00 | 08:25 | Hrs | Safety meeting |
| | | | 08:25 | Hrs | Stevedores on board |
| | | 08:25 | 08:40 | Hrs | Preparing maneuver |
| | | | 08:40 | Hrs | Resumed discharging operations in holds 1, commenced discharging operations in hold 4 |
| | | 08:40 | 15:30 | Hrs | Discharging holds 1 & 4 |
| | | | 15:30 | Hrs | Discharging operations stopped, end of shift |
| | | 15:30 | 16:00 | Hrs | No discharging operations performance, due shift change |
| | | 16:00 | 16:30 | Hrs | Safety meeting |
| | | 16:30 | 17:15 | Hrs | Preparing maneuver |
| | | | 17:15 | Hrs | Resumed discharging operations in hold 3 |
| | | 17:15 | 17:25 | Hrs | Discharging hold 3 |
| | | | 17:25 | Hrs | Resumed discharging operations in hold 1 |
| | | 17:25 | 23:30 | Hrs | Discharging operations stopped, end of shift |
| | | 23:30 | 24:00 | Hrs | No discharging operations performance, due shift change |
| August 20/2021 Friday | 00:00 | 00:23 | Hrs | Safety meeting |
| | | | 00:23 | Hrs | Stevedores on board |
| | | 00:23 | 00:40 | Hrs | Preparing maneuver |
| | | | 00:40 | Hrs | Resumed discharging operations in holds 1 & 3 |
| | | 00:40 | 07:30 | Hrs | Discharging holds 1 & 3 |
| | | | 07:30 | Hrs | Discharging operations stopped, end of shift |
| | | 07:30 | 08:00 | Hrs | No discharging operations performed, due shift change |
| | | 08:00 | 08:25 | Hrs | Safety meeting |
| | | | 08:25 | Hrs | Stevedores on board |
| | | 08:25 | 08:40 | Hrs | Preparing maneuver |
| | | | 08:40 | Hrs | Resumed discharging operations in hold 3 |
| | | 08:40 | 09:00 | Hrs | Discharging hold 3 |
| | | | 09:00 | Hrs | Resumed discharging operations in hold 1 |
| | | 09:00 | 15:30 | Hrs | Discharging holds 1 & 3 |
| | | | 15:30 | Hrs | Discharging operations stopped, end of shift |
| | | 15:30 | 16:00 | Hrs | No discharging operations performed, due shift change |
| | | 16:00 | 16:25 | Hrs | Safety meeting |
| | | | 16:25 | Hrs | Stevedores on board |
| | | 16:25 | 16:43 | Hrs | Preparing maneuver |
| | | | 16:43 | Hrs | Resumed discharging operations in hold 3 |
| | | 16:43 | 16:50 | Hrs | Disccharging hold 3 |
| | | | 16:50 | Hrs | Resumed discharging operations in hold 1 |
| | | 16:50 | 23:30 | Hrs | Discharging hold 1 & 3 |
| | | | 23:30 | Hrs | Discharging operations stopped, end of shift |
| | | 23:30 | 24:00 | Hrs | No discharging operations performed, due shift change |
| August 21/2021 Saturday | 00:00 | 00:30 | Hrs | Safety meeting |
| | | | 00:30 | Hrs | Stevedores on board |
| | | 00:30 | 00:55 | Hrs | Preparing maneuver |
| | | | 00:55 | Hrs | **Commenced discharging operations in hold 2** |
| | | 00:55 | 01:50 | Hrs | Discharging hold 2 |
| | | | 01:50 | Hrs | Resumed discharging operations in hold 3 |
| | | 01:50 | 04:55 | Hrs | Discharging holds 2 & 3 |
| | | | 04:55 | Hrs | Discharging operations stopped due to rain |
| | | 04:55 | 07:30 | Hrs | No discharging operations performed due to rain |
| | | | 07:30 | Hrs | End of shift |
| | | 07:30 | 08:00 | Hrs | No discharging operations performed due to shift change |
| | | 08:00 | 08:15 | Hrs | Safety meeting |
| | | | 08:15 | Hrs | Stevedores on board |
| | | 08:15 | 08:40 | Hrs | Preparing maneuver |
| | | | 08:40 | Hrs | Resumed discharging operations in hold 2 |
| | | 08:40 | 09:14 | Hrs | Discharging hold 2 |
| | | | 09:14 | Hrs | Resumed discharging operations in hold 3 |
| | | 09:14 | 15:30 | Hrs | Dsicharging holds 2 & 3 |
| | | | 15:30 | Hrs | Dsicharging operations stopped, end of shift |
| | | 15:30 | 16:00 | Hrs | No discharging operations performed due to shift change |
| | | 16:00 | 16:30 | Hrs | Safety meeting |
| | | | 16:30 | Hrs | Stevedores on board |
| | | 16:30 | 16:50 | Hrs | Preparing maneuver |
| | | | 16:50 | Hrs | Resumed ischarging operations in hold 4 |
| | | 16:50 | 16:55 | Hrs | Discharging hold 4 |

| Date | From | To | Unit | Activity |
|---|---|---|---|---|
| | | 16:55 | Hrs | Resumed discharging operations in hold 2 |
| | 16:55 | 17:00 | Hrs | Discharging holds 2 & 4 |
| | | 17:00 | Hrs | Resumed discharging operations in hold 3 |
| | 17:00 | 23:30 | Hrs | Discharging holds 2, 3 & 4 |
| | | 23:30 | Hrs | Discharging operations stopped, end of shift |
| August 22/2021 Sunday | 00:00 | 00:15 | Hrs | Safety meeting |
| | 00:15 | 02:00 | Hrs | No operation performed due to rain |
| | | 02:00 | Hrs | Stevedores on board |
| | 02:00 | 02:30 | Hrs | Preparing maneuver |
| | | 02:30 | Hrs | Resumed discharging operations in hold 4 |
| | 02:30 | 07:30 | Hrs | Dischaging hold 4 |
| | | 07:30 | Hrs | Disciharging operations stopped, end of shift |
| | 07:30 | 08:00 | Hrs | No discharging operations performed due to shift change |
| | 08:00 | 08:20 | Hrs | Safety meeting |
| | | 08:20 | Hrs | Stevedores on board |
| | 08:20 | 08:45 | Hrs | Preparing maneuver |
| | | 08:45 | Hrs | Resumed discharging operations in hold 4 |
| | 08:45 | 08:50 | Hrs | Discharging hold 4 |
| | | 08:50 | Hrs | Resumed discharging operations in hold 3 |
| | 08:50 | 09:05 | Hrs | Discharging holds 3 & 4 |
| | | 09:05 | Hrs | Resumed discharging operations in hold 2 |
| | 09:05 | 15:30 | Hrs | Discharging holds 2,3 & 4 |
| | | 15:30 | Hrs | Discharging operations stoppd, end of shift |
| | 15:30 | 16:00 | Hrs | No discharging operations performed due to shift change |
| | 16:00 | 16:20 | Hrs | Safety meeting |
| | | 16:20 | Hrs | Stevedores on board |
| | 16:20 | 16:39 | Hrs | Preparing maneuver |
| | | 16:39 | Hrs | Resumed discharging operations in hold 2 |
| | 16:39 | 16:45 | Hrs | Discharging hold 2 |
| | | 16:45 | Hrs | Resumed discharging operations in hold 4 |
| | 16:45 | 18:40 | Hrs | Discharging holds 2 & 4 |
| | | 18:40 | Hrs | Discharging operation stoppd due to rain |
| | 18:40 | 23:30 | Hrs | NO discharging operations performed due to rain |
| | | 23:30 | Hrs | End of shift |
| | 23:30 | 24:00 | Hrs | No operations perdormed due to shift change |
| August 23/2021 Monday | 00:01 | 07:30 | Hrs | No discharging operations performed due to rain |
| | | 07:30 | Hrs | End of shift |
| | 07:30 | 08:00 | Hrs | NO discharging operations performed due to shift change |
| | 08:00 | 08:17 | Hrs | Safety meeting |
| | | 08:17 | Hrs | Stevedores on board |
| | 08:17 | 08:58 | Hrs | Preparing maneuver |
| | | 08:58 | Hrs | Resumed discharging operations in hold 2 |
| | 08:58 | 09:07 | Hrs | Discharging hold 2 |
| | | 09:07 | Hrs | Resumed discharging operations in hold 4 |
| | 09:07 | 15:30 | Hrs | Discharging holds 2 & 4 |
| | | 15:30 | Hrs | Discharging operations stopped, end of shift |
| | 15:30 | 16:00 | Hrs | NO discharging operations performed, due to shift change |
| | 16:00 | 16:20 | Hrs | Safety meeting |
| | | 16:20 | Hrs | Stevedores on board |
| | 16:20 | 16:37 | Hrs | Preparing maneuver |
| | | 16:37 | Hrs | Resumed discharging operations in hold 4 |
| | 16:37 | 17:07 | Hrs | Discharging hold 4 |
| | | 17:07 | Hrs | Resumed dischariging operations in hold 2 |
| | 17:07 | 23:30 | Hrs | Discharging holds 2 & 4 |
| | | 23:30 | Hrs | Discharging operations stopped, end of shift |
| | 23:30 | 24:00 | Hrs | NO discharging operations performed, due to shift change |
| August 24/2021 Tuesday | 00:00 | 07:30 | Hrs | NO discharging operations performed due to rain |
| | | 07:30 | Hrs | End of shift |
| | 07:30 | 08:00 | Hrs | NO discharging operations performed due to shift change |
| | 08:00 | 08:25 | Hrs | Safety meeting |
| | | 08:25 | Hrs | Stevedores on board |
| | 08:25 | 08:52 | Hrs | Preparing maneuver |
| | | 08:52 | Hrs | Resumed discharging operations in holds 2 & 4 |
| | 08:52 | 15:30 | Hrs | Discharging holds 2 & 4 |
| | | 15:30 | Hrs | Discharging operations stopepd, end of shift |

| | | | | | |
|---|---|---|---|---|---|
| | | 15:30 | 16:00 | Hrs | NO discharging operations performed due to shif change |
| | | 16:00 | 16:22 | Hrs | Safety meeting |
| | | | 16:22 | Hrs | Stevedores on board |
| | | 16:22 | 16:42 | Hrs | Preparing maneuver |
| | | | 16:42 | Hrs | Resumed discharging operations in hold 2 |
| | | 16:42 | 17:00 | Hrs | Discharging hold 2 |
| | | | 17:00 | Hrs | Resumed discharging operations in hold 4 |
| | | 17:00 | 23:30 | Hrs | Discharging holds 2 & 4 |
| | | | 23:30 | Hrs | Discharigng operations stopped, end of shift |
| | | 23:30 | 24:00 | Hrs | NO discharging operations performed due to shif change |
| August 25/2021 Wednesday | | 00:00 | 00:20 | Hrs | Safety meeting |
| | | 00:20 | 02:55 | Hrs | No discharging operations performed due to rain |
| | | | 02:55 | Hrs | Stevedores on board |
| | | 02:55 | 03:15 | Hrs | Preparing maneuver |
| | | | 03:15 | Hrs | Resumed discharging operations in hold 2 |
| | | 03:15 | 07:30 | Hrs | Discharging hold 2 |
| | | | 07:30 | Hrs | Discharging operations stopepd, end of shift |
| | | 07:30 | 08:00 | Hrs | No discharging oeprations performed due to shift change |
| | | 08:00 | 08:30 | Hrs | Safety meeting |
| | | | 08:30 | Hrs | Stevedores on board |
| | | 08:30 | 09:15 | Hrs | Preparing maneuver |
| | | | 09:15 | Hrs | Resumed discharging operations in hold 2 & 4 |
| | | 09:15 | 15:30 | Hrs | Discharging holds 2 & 4 |
| | | | 15:30 | Hrs | Discharging operations stopped, end of shift |
| | | 15:30 | 16:00 | Hrs | No discharging operations performed due to shift change |
| | | 16:00 | 16:20 | Hrs | Safety meeting |
| | | | 16:20 | Hrs | Stevedores on board |
| | | 16:20 | 16:35 | Hrs | Preparing maneuver |
| | | | 16:35 | Hrs | Resumed discharging operations in hold 3 |
| | | 16:35 | 16:43 | Hrs | Discharging  hold 3 |
| | | | 16:43 | Hrs | Resumed discharging operation in hold 2 |
| | | 16:43 | 16:59 | Hrs | Discharigng holds 2 & 3 |
| | | | 16:59 | Hrs | Resumed discharging operations in hold 4 |
| | | 16:59 | 23:30 | Hrs | Dicharging holds 2, 3 & 4 |
| | | | 23:30 | Hrs | Discharging operations stopped, end of shift |
| | | 23:30 | 24:00 | Hrs | No discharging operations performed due to shift change |
| August 26/2021 Thursday | | 00:00 | 00:25 | Hrs | Safety meeting |
| | | | 00:25 | Hrs | Stevedores on board |
| | | 00:25 | 01:00 | Hrs | Preparing maneuver |
| | | | 01:00 | Hrs | Resumed discharging operations in hold 2 |
| | | 01:00 | 03:00 | Hrs | Discharging hold 2 |
| | | | 03:00 | Hrs | Discharging operations stopped due to rain |
| | | 03:00 | 04:55 | Hrs | NO discharging operations performed due to rain |
| | | | 04:55 | Hrs | Resumed discharging operations in hold 2 |
| | | 04:55 | 07:30 | Hrs | Discharging hold 2 |
| | | | 07:30 | Hrs | Discharging operations stopped, due to shift end |
| | | 07:30 | 08:00 | Hrs | No discharging operations performed due to  shift change |
| | | 08:00 | 08:28 | Hrs | Safety meeting |
| | | | 08:28 | Hrs | Stevedores on board |
| | | 08:28 | 08:50 | Hrs | Preparing maneuver |
| | | | 08:50 | Hrs | Resumed discharging operations in hold 1 |
| | | 08:50 | 09:00 | Hrs | Discharigng hold 1 |
| | | | 09:00 | Hrs | Resumed discharging operations in hold 2 |
| | | 09:00 | 15:30 | Hrs | Discharging holds 1 & 2 |
| | | | 15:30 | Hrs | Discharging operations stopped, end of shif |
| | | 15:30 | 16:00 | Hrs | No discharging operations performed, due to shift change |
| | | 16:00 | 16:25 | Hrs | Safety meeting |
| | | | 16:25 | Hrs | Stevedores on board |
| | | 16:25 | 16:42 | Hrs | Preparing maneuver |
| | | | 16:42 | Hrs | Resumed discharging operations in holds 2 & 4 |
| | | 16:42 | 23:30 | Hrs | Discharging holds 2 & 4 |
| | | | 23:30 | Hrs | Discharging operations stopped, end of shif |
| | | 23:30 | 24:00 | Hrs | No discharging operations performed, due to shift change |
| August 27/2021 Friday | | 00:00 | 00:10 | Hrs | Safety meeting |
| | | 00:10 | 04:50 | Hrs | NO discharging operations performed due to rain |
| | | | 04:50 | Hrs | Stevedores on board |

| Day | Start | End | Unit | Activity |
|---|---|---|---|---|
| | 04:50 | 04:58 | Hrs | Preparing maneuver |
| | | 04:58 | Hrs | Resumed discharging operations in hold 2 |
| | 04:58 | 07:30 | Hrs | Discharging hold 2 |
| | | 07:30 | Hrs | Discharging operations stopped, end of shift |
| | 07:30 | 08:00 | Hrs | No discharging operations performed due to shift change |
| | 08:00 | 08:35 | Hrs | Safety meeting |
| | | 08:35 | Hrs | Stevedores on board |
| | 08:35 | 08:44 | Hrs | Preparing maneuver |
| | | 08:44 | Hrs | Resumed discharging operations in holds 2 & 4 |
| | 08:44 | 15:30 | Hrs | Discharging holds 2 & 4 |
| | | 15:30 | Hrs | Discharging operations stopped, end of shift |
| | 15:30 | 16:00 | Hrs | No discharging operations performed due to shift change |
| | 16:00 | 16:20 | Hrs | Safety meeting |
| | | 16:20 | Hrs | Stevedores on board |
| | 16:20 | 16:30 | Hrs | Preparing maneuver |
| | | 16:30 | Hrs | Resumed dischariging operations in hold 4 |
| | 16:30 | 16:56 | Hrs | Discharging hold 4 |
| | | 16:56 | Hrs | Resumed discharging operations in hold 2 |
| | 16:56 | 17:02 | Hrs | Discharging  holds 2 & 4 |
| | | 17:02 | Hrs | Resumed discharging operations in hold 1 |
| | 17:02 | 23:30 | Hrs | Discharging holds 1, 2 & 4 |
| | | 23:30 | Hrs | Discharging operations stopped, end of shift |
| | 23:30 | 24:00 | Hrs | No discharging operations performed due to shift change |
| August 28/2021 Saturday | 00:00 | 00:25 | Hrs | Safety meeting |
| | | 00:25 | Hrs | Stevedores on board |
| | 00:25 | 00:45 | Hrs | Preparing maneuver |
| | | 00:45 | Hrs | Resumed discharging operations in hold 2 |
| | 00:45 | 07:30 | Hrs | Discharging hold 2 |
| | | 07:30 | Hrs | Dicharging operations stopped, end of shift |
| | 07:30 | 08:00 | Hrs | NO discharging operations performed , due to shift change |
| | 08:00 | 08:20 | Hrs | Safety meeting |
| | | 08:20 | Hrs | Stevedores on board |
| | 08:20 | 08:45 | Hrs | Preparing maneuver |
| | | 08:45 | Hrs | Resumed discharging operations in hold 2 |
| | 08:45 | 08:50 | Hrs | Discharging hold 2 |
| | | 08:50 | Hrs | Resumed discharging operations in hold 1 |
| | 08:50 | 08:58 | Hrs | Discharging holds 1 & 2 |
| | | 08:58 | Hrs | Resumed discharging operations in hold 4 |
| | 08:58 | 15:30 | Hrs | Discharging holds 1, 2 & 4 |
| | | 15:30 | Hrs | Discharging operations stopped, end of shift |
| | 15:30 | 16:00 | Hrs | NO discharging operations performed , due to shift change |
| | 16:00 | 16:15 | Hrs | Safety meeting |
| | | 16:15 | Hrs | Stevedores on board |
| | 16:15 | 16:42 | Hrs | Preparing maneuver |
| | | 16:42 | Hrs | Resumed discharging operations in holds 1 & 2 |
| | 16:42 | 16:46 | Hrs | Discharging holds 1 & 2 |
| | | 16:46 | Hrs | Discharging operaiont stopped due to rain |
| | 16:46 | 19:30 | Hrs | No operations performed due to Hurrican Nora |
| | | 19:30 | Hrs | Due to Hurricane Nora , Master decided to proceed to drifting vessel |
| | 19:30 | 20:35 | Hrs | Awaiting for pilot |
| | | 20:35 | Hrs | POB |
| | 20:30 | 21:00 | Hrs | Tugs assistance |
| | | 20:44 | Hrs | Unberthed |
| | | 21:06 | Hrs | Passing breakwaters outbound |
| | | | Hrs | Pilot off |
| | 21:30 | 24:00 | Hrs | Vessel drifting |
| August 29/2021 Sunday | 00:01 | 24:00 | Hrs | Vessel drifting |
| August 30/2021 Monday | 00:01 | 09:54 | Hrs | Vessdel drifting |
| | | 09:54 | Hrs | Vessel stopped, drifting |
| | | 09:54 | Hrs | Vessel dropped anchor at Mazatlan anchorage |
| | 09:54 | 24:00 | Hrs | Vessel anchored awaiting for berthing in order to resume discharging operations |
| August 31/2021 Tuesday | 00:01 | 13:06 | Hrs | Vessel anchored awaiting for berthing to resume discharging operations |
| | | 13:06 | Hrs | Anchor aweigh |
| | | 14:12 | Hrs | Pilot on board |

| Date | Start | End | Unit | Activity |
|---|---|---|---|---|
| | | 14:30 | 15:18 | Hrs | Tugs assistance |
| | | | 14:26 | Hrs | Passing breakwaters inbound |
| | | | 14:54 | Hrs | First line ashore |
| | | | 15:18 | Hrs | All fasted to berth 2 |
| | | 15:18 | 16:00 | Hrs | Vessel awaiitng to resume discharging operations |
| | | 16:00 | 16:35 | Hrs | Safety meeting |
| | | | 16:35 | Hrs | Stevedores on board |
| | | 16:35 | 16:55 | Hrs | Preparing maneuver |
| | | | 16:55 | Hrs | Resumed discharging operations in hold 3 |
| | | 16:55 | 17:10 | Hrs | Discharging hold 3 |
| | | | 17:10 | Hrs | Resumed discharging operations in hold 1 |
| | | 17:10 | 23:30 | Hrs | Discharging holds 1 & 3 |
| | | | 23:30 | Hrs | Discharging operation stopped, end of shift |
| | | 23:30 | 24:00 | Hrs | NO dischargin operations performed due to shift change |
| September/01/21 Wednesday | | 00:00 | 00:30 | Hrs | Safety meeting |
| | | | 00:30 | Hrs | Stevedore on board |
| | | 00:30 | 01:18 | Hrs | Preparing maneuver |
| | | | 01:18 | Hrs | Resumed discharging operations in hold 2 |
| | | 01:18 | 07:30 | Hrs | Discharging hold 2 |
| | | | 07:30 | Hrs | Discharging operations stopped, end of shift |
| | | 07:30 | 08:00 | Hrs | No discharging operations performed due to shift change |
| | | 08:00 | 08:40 | Hrs | Safety meeting |
| | | | 08:40 | Hrs | Stevedore on board |
| | | 08:40 | 08:55 | Hrs | Preparing maneuver |
| | | | 08:55 | Hrs | Resumed discharging operations in hold 4 |
| | | 08:55 | 09:55 | Hrs | Discharging hold 4 |
| | | | 09:55 | Hrs | Resumed discharging operations in hold 2 |
| | | 09:55 | 15:30 | Hrs | Discharging holds 2 & 4 |
| | | | 15:30 | Hrs | Discharging operations stopped, end of shift |
| | | 15:30 | 16:00 | Hrs | No discharging operations performed due to shift change |
| | | 16:00 | 16:22 | Hrs | Safety meeting |
| | | | 16:22 | Hrs | Stevedores on board |
| | | 16:22 | 16:47 | Hrs | Preparing maneuver |
| | | | 16:47 | Hrs | Resumed discharging operations in holds 2,3 & 4 |
| | | 16:47 | 23:30 | Hrs | Discharging holds 2,3 & 4 . |
| | | | 23:30 | Hrs | Discharging operations stopped, end of shift |
| | | 23:;30 | 24:00 | Hrs | No discharging operations performed due to shift change |
| September02/21 Thursday | | 00:00 | 00:15 | Hrs | Safety meeting |
| | | | 00:15 | Hrs | Stevedores on board |
| | | 00:15 | 02:00 | Hrs | Preparing maneuver |
| | | | 02:00 | Hrs | Resumed discharging operations in hold 3 |
| | | 02:00 | 07:30 | Hrs | Discharging hold 3 |
| | | | 07:30 | Hrs | Discharging operations stopped, end of shift |
| | | 07:30 | 08:00 | Hrs | No discharging operations performed due to shift change |
| | | 08:00 | 08:30 | Hrs | Safety meeting |
| | | | 08:30 | Hrs | Stevedores on board |
| | | 08:30 | 08:55 | Hrs | Preparing maneuver |
| | | | 08:55 | Hrs | Resumed discharging operations in hold 4 |
| | | 08:55 | 09:05 | Hrs | Discharging hold 4 |
| | | | 09:05 | Hrs | Resumed discharging operations in hold 2 |
| | | 09:05 | 09:15 | Hrs | Discharging holds 2 & 4 |
| | | | 09:15 | Hrs | Resumed discharging operations in hold 1 |
| | | 09:15 | 14:35 | Hrs | Discharging holds 1,2 & 4 |
| | | | 14:35 | Hrs | **Completed dischargin operations in hold 2** |
| | | 14:35 | 14:45 | Hrs | Discharging holds 1 & 4 |
| | | | 14:45 | Hrs | **Completed discharging operations in hold 4** |
| | | 14:45 | 15:30 | Hrs | Discharging hold 1 |
| | | | 15:30 | Hrs | Discharging operations stpped,m end of shift |
| | | 15:30 | 16:00 | Hrs | No discharging operations performed due to shift change |
| | | 16:00 | 16:30 | Hrs | Safety meeting |
| | | | 16:30 | Hrs | Stevedores on board |
| | | 16:40 | 17:13 | Hrs | Preparing maneuver |
| | | | 17:13 | Hrs | Resumed discharging operations in hold 1 |
| | | 17:13 | 23:30 | Hrs | Discharging hold 1 |
| | | | 23:30 | Hrs | Discharging operations stopped, end of shift |
| | | 23:30 | 24:00 | Hrs | No discharging operations performed due to shift change |

| Date | From | To | Unit | Activity |
|---|---|---|---|---|
| September 03/21 Friday | 00:00 | 00:20 | Hrs | Safety meeting |
| | | 00:20 | Hrs | Stevedores on board |
| | 00:20 | 01:10 | Hrs | Preparing maneuver |
| | | 01:10 | Hrs | Resumed discharging operations in hold 1 |
| | 01:10 | 04:15 | Hrs | Discharging hold 1 |
| | | 04:15 | Hrs | Discharging operations stopped due to rain |
| | 04:15 | 07:30 | Hrs | No dischargign operations performed due to rain |
| | | 07:30 | Hrs | End of shift |
| | 07:30 | 08:00 | Hrs | NO dischargign operations performed due to shift change |
| | 08:00 | 08:25 | Hrs | Safety meeting |
| | | 08:25 | Hrs | Stevedores on board |
| | 08:25 | 09:15 | Hrs | Preparing maneuver |
| | | 09:15 | Hrs | Resumed discharging operations in holds 1 & 3 |
| | 09:15 | 11:00 | Hrs | Discharging hold 1 & 3 |
| | | **11:00** | Hrs | **Completed discharging operations in hold 1** |
| | 11:00 | 15:05 | Hrs | Discharging hold 3 |
| | | **15:05** | Hrs | **Completed discharging operations in hold 3** |
| | 15:05 | 15:30 | Hrs | Collecting cargo that was spilled in holds during loading ( at loading port) |
| | | 15:30 | Hrs | Operations stopped, end of shift |
| | 15:30 | 16:00 | Hrs | No operations performed due to shift change |
| | 16:00 | 16:30 | Hrs | Safety meeting |
| | | 16:30 | Hrs | Stevedores on board |
| | | 16:30 | Hrs | Resumed collecting cargo operations |
| | 16:30 | 23:30 | Hrs | Collecting cargo that was spilled in holds during loading ( at loading port) |
| | | 23:30 | Hrs | Operations stopped, end of shift |
| | 23:30 | 24:00 | Hrs | No operations performed due to shift change |
| September 04/21 Saturday | 00:00 | 00:15 | Hrs | Safety meeting |
| | | 00:15 | Hrs | Stevedores on board |
| | | 00:15 | Hrs | Resumed operations |
| | 00:15 | 07:30 | Hrs | Collecting cargo that was spilled in holds during loading ( at loading port) |
| | | 07:30 | Hrs | Operations stopped, end of shift |
| | 07:30 | 08:00 | Hrs | No operations performed due to shift change |
| | 08:00 | 08:20 | Hrs | Safety meeting |
| | | 08:20 | Hrs | Resumed operations |
| | 08:20 | 15:30 | Hrs | Collecting cargo that was spilled in holds during loading ( at loading port) |
| | | 15:30 | Hrs | Operations stopped, end of shift |
| | 15:30 | 16:00 | Hrs | No operations performed due to shift change |
| | 16:00 | 16:20 | Hrs | Safety meeting |
| | | 16:20 | Hrs | Stevedores on board |
| | | 16:20 | Hrs | Resumed operations |
| | 16:20 | 20:10 | Hrs | Collecting cargo that was spilled in holds during loading ( at loading port) |
| | | 20:10 | Hrs | Completed operations |
| | 2300 | 2254 | Hrs | POB |
| | | 2320 | Hrs | Tug assistance |
| | | 2320 | Hrs | Unberthed |
| | | 2330 | Hrs | Passig breakwaters outbound |
| | | 2336 | Hrs | Pilot off |
| | | 0006 | Hrs | Full away |

General Remarks
1. All ONBOARD CARGO DISCHARGED AT MAZATLAN
2. a/a SHIP'S DELAY
3. FOR RECEIPT ONLY



Place and Date: Mazatlán, Sinaloa September 2021

Name, Signature and Stamp (Agent): Adriana Eduwiges Orona García — Representaciones Marítimas S.A de C.V. — AS AGENTS ONLY

Name, Signature and Stamp (Master): Cap. Liu Jianfeng, Master — MASTER OF M.V "TIGER HEBEI"

Name, Signature and stamp (Pemex Terminal): Terminal Marítima de Mazatlán — OPERATIONS DEPT. — 04 SEP 2021