# EXHIBIT 8

Case 4:22-cv-03235   Document 1-10   Filed on 09/21/22 in TXSD   Page 1 of 3



Lauritzen Bulkers A/S  
15 Tuborg Havnevej  
DK-2900 Hellerup  
Denmark

Phone: +45 3396 8000  
www.lauritzenbulkers.com  
CVR: 55700117  
VAT: DK 11814891

**Boral Resources LLC**  
**10701 S. River Front Parkway**  
**Suite 300**  
**South Jordan**  
**UT - 84095**  
**UNITED STATES**

**INVOICE NO. 020628FINV**

INVOICE DATE: **06-10-2021**

| Vessel Name | Voy. No. | C/P Date | Fixture No. |
|---|---|---|---|
| **TIGER HEBEI** | **202101** | **29-01-2021** | **20210189** |
| Terms Of Payment | | B/L Date | Due Date |
| **Payable latest 30 days after completion of discharge** | | **25-05-2021** | **05-11-2021** |

| Description | Amount |
|---|---|
| **Freight Final Statement** | **USD** |
| FLYASH: Freight 27.500,000 MT * 35,75 USD | 983.125,00 |
| Demurrage - KRISHNAPATNAM | 69.925,00 |
| Demurrage for all ports (STOCKTON, MAZATLAN) | 197.258,33 |
| Previous payment on 31/05/2021 (019889FINV) | -983.125,00 |
| Total: | 267.183,33 |

*Handwritten: 755708,33    825633,33*

Please remit to:

**Danske Bank**  
**Holmens Kanal 2-12**

**Copenhagen**  
**DENMARK**

**SWIFT Code:** [redacted]  
**Account No.** [redacted]  
**Beneficiary: Lauritzen Bulkers A/S**

Please refer to invoice No. when remitting



Lauritzen Bulkers A/S   Phone:   +45 3396 8000
15 Tuborg Havnevej     www.lauritzenbulkers.com
2900 Hellerup          CVR:     55700117
Denmark

**Tiger Hebei - Boral Industries C/P January 29, 2021 - LB additional expenses**

Additional expenses occured and paid by LB from laytime completion Stockton (June 30th 03:00 hours) until laytime re-commences Mazatlan (August 15th 15:54 hours) - total 46,5375 days

USD

| | | | |
|---|---|---|---|
| Addtional dockage fee Stockton | | | 32.819,74 |
| Additional agency fee Stockton | | | 2.400,00 |
| TC hire | 46,5375 | 26.950 USD | ~~1.254.185,63~~ |
| Mazatlan disbursement accounts | | | 74.891,06 |
| Bunkers consumed | Stockton | in port | 45.690,89 |
| | Sea passage to Mazatlan | at sea | 89.956,51 |
| Port captain | Mazatlan | | 20.305,36 |
| Additional P&I insurance | 46,5375 | 35,00 USD | 1.628,81 |
| P&I Surveyors and Legal costs (invoiced as per October 7, 2021) | | | 13.297,00 |
| Bottom cleaning at Callao due to extended port stay Stockton | | | 16.030,00 |
| Amended ballast bonus due to delivery Mazatlan | | | 200.000,00 |
| Lost of earnings - difference between TC in and TC out rate | 46,5375 | 5050 | 235.014,38 |

Total additional expenses      1.986.219,37

*732033,74* (handwritten)

All subject to change once all relevant invoices received

15 March 2022